# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**DARIOUS O. CRUMPTON,**

    Petitioner,

v.

**CHARLES SPINN,**

    Respondent.

Civil Action No. 7:22-CV-31 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff. (Doc. 5). Petitioner filed a Motion for Default Judgment (Doc. 4) on May 11, 2022, alleging that the Magistrate Judge failed to enter a ruling in this case in violation of 28 U.S.C. § 636(c) and Rule 8, and that Respondent failed to respond within 14 days; therefore, he is entitled to default judgment under O.C.G.A. § 9-11-55. No parties have violated any of the aforementioned rules. Therefore, the Magistrate Judge accordingly recommends DENYING Petitioner's motion for default judgment.

Petitioner filed no objections to the Recommendation. The Recommendation is accepted and adopted. Petitioner's Motion for Default Judgment is **DENIED**.

**SO ORDERED**, this the 2nd day of June, 2022.

                *s/ Hugh Lawson*_____
                **HUGH LAWSON, SENIOR JUDGE**